UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE HEBREW UNIVERSITY OF JERUSALEM, PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, ELENA KOTOVA (SILKYBRUSH) DEFENDANTS. | Case number: 1:21-CV 01443 <br><br> Judge: <br><br> Magistrate Judge: |

## ANSWER TO COMPLAINT

I, Elena Kotova, am an artist and owner of the shop on Etsy (SilkyBrush) being one of the defendants on the case of Albert Einstein trademark and copyright infringement, would like to give the explanation to the Court.

First of all I would like to mention that I am a private person, not a company. All my works are handmade, I do not mass produce anything.

I used the image of Albert Einstein in one of my art works. I drew and painted it myself, I did not copy any of the products of the Hebrew University of Jerusalem. I would like to explain that I did not know that the image of Albert Einstein is copyright and his name is a trademark. I did not have any intention to counterfeit Hebrew University of Jerusalem products or try and get profit using their trademark.

I would like to emphasize that there is only one work where I used this image. What is more, I did not sell it, so I did not get any profit. I will delete this work from my shop as soon as I get access to it (now my shop is suspended by Etsy due to this Legal process). I will never use this image again in my art.

I admit that it was a bad mistake to use this image and name without checking it for copyright, but I really hope that this mistake will not deprive me of the chance to expose my artwork to the customers. I have been building my shop SilkyBrush on Etsy since 2013 starting with just a few works. Now I have about 400 designs, all developed and painted by myself. I have never infringed copyright before.

I am asking the Court to consider the case regarding my Etsy shop SilkyBrush and my account on Etsy apart from numerous companies counterfeiting copyright products. I am asking the Court not to disable my Etsy shop SilkyBrush and my account.
Dated: April,2 2021

Respectfully,<br>
Elena Kotova<br>
Parkovaya st 16-5 apt 80<br>
Petergof, Saint Petersburg<br>
Russia, 198510<br>
Tel +79052919177<br>
Email: elenakotova22@mail.ru
